## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AHMAD MOHAMMAD AL DARBI,

        Petitioner,

    v.

BARACK OBAMA, *et al.*,

        Respondents.

Civil Action No. 05-2371 (RCL)

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Discovery

Motion beyond that now required by the Order entered on June 2, 2009 [164], and without

objection by Respondents, it is hereby

ORDERED that Petitioner's time to file his discovery motion is continued until

July 24, 2009.

Date: 7/9/2009                     _____/s/_____

                             UNITED STATES DISTRICT JUDGE